UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE PATTISON,<br>Plaintiff<br>v.<br>TOLOTTI, et al.,<br>Defendants | Case No.: 3:26-cv-00107-MMD-CLB<br>ORDER |

## I. DISCUSSION

First, according to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

Second, Plaintiff has filed a motion for extension of time to file an amended complaint. (ECF No. 63.) He states that he is missing three boxes of "professional materials" and, therefore, needs additional time. (*Id*. at 1.) Good cause appearing, the motion is granted.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff file his updated address with the Court within thirty (30) days of the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court send a courtesy copy of this order to Plaintiff at Southern Desert Correctional Center (*see* ECF No. 65).

IT IS FURTHER ORDERED that Plaintiff's motion for extension of time to file a third-amended complaint (ECF No. 63) is GRANTED. Plaintiff must file an amended complaint within 60 days of the date of this order

DATED THIS 22 day of September 2026.

UNITED STATES MAGISTRATE JUDGE