UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANTE PATTISON,

Plaintiff,

v.

TOLOTTI, *et al.*,

Defendants.

Case No. 3:26-cv-00107-MMD-CLB

ORDER

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. The Court dismissed Plaintiff's complaint with leave to file an amended complaint and subsequently gave him an extension of time until November 22, 2026. (ECF Nos. 58, 66.) Plaintiff has now filed what he styled as a motion for emergency hearing. (ECF No. 68.) He explains that he was transferred to Southern Desert Correctional Center and expresses concern that he will be able to file an amended complaint by the deadline. The Court will grant Plaintiff another extension until December 14, 2026. A hearing is not necessary. The Court anticipates that such an extension will be sufficient, but if Plaintiff still has trouble meeting the new deadline, he can file another motion for extension of time.

IT IS THEREFORE ORDERED that Plaintiff has until December 14, 2026, to file a Third Amended Complaint.

IT IS FURTHER ORDERED that Plaintiff's motion for emergency hearing **(ECF No. 68) is DENIED** as moot.

DATED: October 26, 2026.

UNITED STATES MAGISTRATE JUDGE